```
United States Bankruptcy Court
Middle District of Pennsylvania
```

In re:  Case No. 05-06044-HWV
Gettig Technologies, Inc.  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1    User: AutoDocke    Page 1 of 1    Date Rcvd: Jan 14, 2020
                          Form ID: fnldec    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
db        Gettig Technologies, Inc.,   1 Streamside Place,   Spring Mills, PA  16875

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                             TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:

        Arthur Selikoff   on behalf of Creditor   Pennsylvania Department of Labor and Industry ra-li-esbkpt-hbg@state.pa.us, aselikoff@state.pa.us
        Ashton S Phillips   on behalf of Creditor   U.S. Department of Labor phillips.ashton@dol.gov, zzsol-phi-docket@dol.gov
        Asst. US Trustee   on behalf of Asst. U.S. Trustee   United States Trustee ustpregion03.ha.ecf@usdoj.gov
        D. Troy Sellars   on behalf of Asst. U.S. Trustee   United States Trustee D.Troy.Sellars@usdoj.gov, ustpregion03.ha.ecf@usdoj.gov
        Donald M Hahn   on behalf of Creditor William F. Reilly dhahn@nittanylaw.com, psampsel@nittanylaw.com
        Donald M Hahn   on behalf of Creditor Jeffrey D. Caldwell dhahn@nittanylaw.com, psampsel@nittanylaw.com
        Donald M Hahn   on behalf of Creditor S Curtis Bierly, Jr. dhahn@nittanylaw.com, psampsel@nittanylaw.com
        Donald M Hahn   on behalf of Creditor Jay Shah dhahn@nittanylaw.com, psampsel@nittanylaw.com
        Donald M Hahn   on behalf of Creditor Valentine Heier dhahn@nittanylaw.com, psampsel@nittanylaw.com
        Donald M Hahn   on behalf of Creditor James A. Benz dhahn@nittanylaw.com, psampsel@nittanylaw.com
        Donald M Hahn   on behalf of Creditor D. Michael Paul dhahn@nittanylaw.com, psampsel@nittanylaw.com
        Donald Robert Calaiaro   on behalf of Debtor 1   Gettig Technologies, Inc. dcalaiaro@c-vlaw.com, aheath@c-vlaw.com
        George M Cheever   on behalf of Creditor   K&L Gates LLP (formerly Kirkpatrick & Lockhart Nicholson Graham LLP) george.cheever@klgates.com, klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com
        James P Johnson   on behalf of Creditor Thomas M McCool jpj51845@yahoo.com, brj46@yahoo.com
        John P Neblett   on behalf of Trustee John P Neblett (Trustee) jpn@neblettlaw.com, lln@neblettlaw.com
        John P Neblett (Trustee)   jpn@neblettlaw.com, pa06@ecfcbis.com
        Steven J. Adams   on behalf of Creditor   Capital Advantage Insurance Company sja@stevenslee.com, dda@stevenslee.com
        Steven J. Adams   on behalf of Creditor   Capital Blue Cross sja@stevenslee.com, dda@stevenslee.com
        United States Trustee   ustpregion03.ha.ecf@usdoj.gov
        William E. Kelleher, Jr   on behalf of Creditor   Manufactures and Traders Trust Company wkelleher@cohenlaw.com, bfilings@cohenlaw.com,mgraeb@cohenlaw.com
        William J Levant   on behalf of Creditor   St. Gobain Performance Plastics, Inc. efile.wjl@kaplaw.com

                                                                                                              TOTAL: 21

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Gettig Technologies, Inc.,<br>**Debtor 1** | Chapter 7<br><br>Case No. 1:05−bk−06044−HWV |

Social Security No.:

Employer's Tax I.D. No.:
        25−0999341

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

      **John P Neblett (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: January 14, 2020

By the Court,

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: CourtneyWojtowicz, Deputy Clerk

**fnldec** (05/18)