```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
```

In re:                                                          Case No. 05-06044-HWV
Gettig Technologies, Inc.                                       Chapter 7
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: AutoDocke          Page 1 of 1            Date Rcvd: Feb 04, 2020
                            Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 06, 2020.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             +E-mail/Text: cmecf@dilksknopik.com Feb 04 2020 19:12:09      Brian J Dilks,
                 Dilks & Knopik, LLC,   35308 SE Center Street,   Snoqualmie, WA 98065-9216
                                                                                                    TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 06, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 4, 2020 at the address(es) listed below:
              Arthur   Selikoff    on behalf of Creditor    Pennsylvania Department of Labor and Industry
               ra-li-esbkpt-hbg@state.pa.us,   aselikoff@state.pa.us
              Ashton S Phillips    on behalf of Creditor    U.S. Department of Labor phillips.ashton@dol.gov,
               zzsol-phi-docket@dol.gov
              Asst. US Trustee    on behalf of Asst. U.S. Trustee    United States Trustee
               ustpregion03.ha.ecf@usdoj.gov
              D. Troy Sellars    on behalf of Asst. U.S. Trustee    United States Trustee
               D.Troy.Sellars@usdoj.gov,   ustpregion03.ha.ecf@usdoj.gov
              Donald M Hahn    on behalf of Creditor William F. Reilly dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor Jeffrey D. Caldwell dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor S Curtis Bierly, Jr. dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor Jay  Shah dhahn@nittanylaw.com,  psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor Valentine  Heier dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor James A. Benz dhahn@nittanylaw.com,  psampsel@nittanylaw.com
              Donald M Hahn    on behalf of Creditor D. Michael Paul dhahn@nittanylaw.com,
               psampsel@nittanylaw.com
              Donald Robert Calaiaro    on behalf of Debtor 1    Gettig Technologies, Inc. dcalaiaro@c-vlaw.com,
               aheath@c-vlaw.com
              George M Cheever    on behalf of Creditor   K&L Gates LLP (formerly Kirkpatrick & Lockhart
               Nicholson Graham LLP) george.cheever@klgates.com,
               klgatesbankruptcy@klgates.com;deborah.beatty@klgates.com
              James P Johnson    on behalf of Creditor Thomas M McCool jpj51845@yahoo.com,  brj46@yahoo.com
              John P Neblett    on behalf of Trustee John P Neblett (Trustee) jpn@neblettlaw.com,
               lln@neblettlaw.com
              John P Neblett (Trustee)    jpn@neblettlaw.com,  pa06@ecfcbis.com
              Steven J. Adams    on behalf of Creditor    Capital Advantage Insurance Company sja@stevenslee.com,
               dda@stevenslee.com
              Steven J. Adams    on behalf of Creditor    Capital Blue Cross sja@stevenslee.com,
               dda@stevenslee.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William E. Kelleher, Jr    on behalf of Creditor    Manufactures and Traders Trust Company
               bill.kelleher@dentons.com,   bfilings@cohenlaw.com,michelle.graeb@dentons.com
              William J Levant    on behalf of Creditor    St. Gobain Performance Plastics, Inc.
               efile.wjl@kaplaw.com
                                                                                                   TOTAL: 21

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:

| Gettig Technologies, Inc. | Chapter: | 7 |
| Debtor 1 | Case No.: | 1-05-06044 |

## ORDER GRANTING APPLICATION FOR PAYMENTS OF UNCLAIMED FUNDS

On January 28, 2020, an application was filed for the Claimant(s), Dilks & Knopik, LLC, for payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $$18,702.36 held in unclaimed funds be made payable to Dilks & Knopik, LLC and disbursed to the payee at the following address:

35308 SE Center Street, Snoqualimie, WA 98065

The Clerk will disburse these funds not earlier than 14 days after entry of this order.

Dated: February 4, 2020

By the Court,

*Henry W. Van Eck* (LS)
Henry W. Van Eck, Chief Bankruptcy Judge

Order Petition for Unclaimed Funds - Revised 12/19